Verification of Creditor Mailing List - (Rev. 10/05)                                                                2005 USBC, Central District of California

# MASTER MAILING LIST
## Verification Pursuant to Local Bankruptcy Rule 1007-2(d)

Name       **Thomas K. Shanner 218515**

Address    **7851 Mission Center Crt. Suite 208 San Diego, CA 92108**

Telephone  **(619) 232-3057**

■ Attorney for Debtor(s)
☐ Debtor in Pro Per

| UNITED STATES BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA ||
|---|---|
| List all names including trade names used by Debtor(s) within last 8 years:<br>**Russell B. Wallace** | Case No.: **8:09-bk-20528** |
| | Chapter: **7** |
| | |

## VERIFICATION OF CREDITOR MAILING LIST

The above named debtor(s), or debtor's attorney if applicable, do hereby certify under penalty of perjury that the attached Master Mailing List of creditors, consisting of __12__ sheet(s) is complete, correct, and consistent with the debtor's schedules pursuant to Local Rule 1007-2(d) and I/we assume all responsibility for errors and omissions.

Date:  **October 1, 2009**                    **/s/ Russell B. Wallace**
                                               **Russell B. Wallace**
                                               Signature of Debtor

Date:  **October 1, 2009**                    **/s/ Thomas K. Shanner**
                                               Signature of Attorney
                                               **Thomas K. Shanner 218515**
                                               **Shanner & Associates**
                                               **7851 Mission Center Crt.**
                                               **Suite 208**
                                               **San Diego, CA 92108**
                                               **(619) 232-3057**

Russell B. Wallace
9241 Irvine Blvd #250
Irvine, CA 92618


Thomas K. Shanner
Shanner & Associates
7851 Mission Center Crt.
Suite 208
San Diego, CA 92108


91 Express Lanes
Violations Processing Center
POB 68039
Anaheim, CA 92817


91 Express Lanes
Violations Processing Center
POB 68039
Anaheim, CA 92817


91 Express Lanes
Violations Processing Center
POB 68039
Anaheim, CA 92817


91 Express Lanes
Violations Processing Center
POB 68039
Anaheim, CA 92817


91 Express Lanes
Violations Processing Center
POB 68039
Anaheim, CA 92817


91 Express Lanes
Violations Processing Center
POB 68039
Anaheim, CA 92817

```
91 Express Lanes
Violations Processing Center
POB 68039
Anaheim, CA 92817


91 Express Lanes
Violations Processing Center
POB 68039
Anaheim, CA 92817


91 Express Lanes
Violations Processing Center
POB 68039
Anaheim, CA 92817


Advantis Appraisals
Andrea Goldsmith
5150 Sunrise Blvd. Ste. A2
Fair Oaks, CA 95628


Afni
Po Box 3097
Bloomington, IL 61702


America's Servicing Company
7485 New Horizon Way
Frederick, MD 21703


America's Servicing Company
7485 New Horizon Way
Frederick, MD 21703


American Express
c/o Becket and Lee
Po Box 3001
Malvern, PA 19355
```

```
Arrow Financial Services
5996 W Touhy Ave
Niles, IL 60714


Arrow Financial Services
5996 W Touhy Ave
Niles, IL 60714


Arrowhead Central Cr U
421 N Sierra Way
San Bernardino, CA 92410


Arrowhead Central Cr U
421 N Sierra Way
San Bernardino, CA 92410


Arrowhead Central Credit Union
412 N. Sierra Way
San Bernardino, CA 92410


Asset Acceptance
Po Box 2036
Warren, MI 48090


Bank of America
P.O. Box 15026
Wilmington, DE 19850-5026


Bank of America
P.O. Box 15026
Wilmington, DE 19850-5026
```

Bryan A. Gianesin
1278 Glenneyre #288
Laguna Beach, CA 92651


Capital One Auto Finance
3901 N Dallas Pkwy
Plano, TX 75093


Capital One Auto Finance
3901 N Dallas Pkwy
Plano, TX 75093


CBCS
P.O. Box 69
Columbus, OH 43216


Central Financial Control
Attn: Bankruptcy
Po Box 66044
Anaheim, CA 92816


CIC Mortagage Credit Inc.
2206 21st Avenue So. #303
Nashville, TN 37212


Cingular/ATT
175 E. Houston Street
San Antonio, TX 78205


Collection Company
700 Longwater Dr.
Norwell, MA 02061

```
Comcast
P.O. Box 34696
Seattle, WA 98124


Corporate Receivables, Inc.
P.O. Box 4115
Dept 087
Concord, CA 94524


Cox Communications
P.O. Box 79173
Phoenix, AZ 85062


Cred Bur Svc
120 Calle Iglesia Ste A
San Clemente, CA 92672


Credit Control Corp
11821 Rock Landing Dr
Newport News, VA 23606


Credit Control Corp
11821 Rock Landing Dr
Newport News, VA 23606


Credit Control Corp
11821 Rock Landing Dr
Newport News, VA 23606


Credit Management
4200 International Pwy
Carrolton, TX 75007
```

Diversified Adjustment
600 Coon Rapids Blvd. NW
Minneapolis, MN 55433


Emc Mortgage
Attention: Bankruptcy Clerk
Po Box 293150
Lewisville, TX 75029


Emc Mortgage
Attention: Bankruptcy Clerk
Po Box 293150
Lewisville, TX 75029


EMC Mortgage
P.O. Box 141358
Irving, TX 75014


Fidelity National Credit Ser.
2421 North Glassell Street
Orange, CA 92857


Financial Asset Mgmt Syst.
70 Corporate Hills Dr. #103
Saint Charles, MO 63301


Ford Motor Credit
P.O. Box 542000
Omaha, NE 68154-8000


Ford Motor Credit Corporation
National Bankruptcy Center
Po Box 537901
Livonia, MI 48153

Franchise Tax Board
State of California
P.O. Box 942867
Sacramento, CA 94267-0011


Franchise Tax Board
State of California
P.O. Box 942867
Sacramento, CA 94267-0011


Frederick J Hanna & Associates
1655 Enterprise Way
Marietta, GA 30062


G C Services
6330 Gulfton Street # 400
Houston, TX 77081


GMAC
P.O. Box 12699
Glendale, AZ 85318


Harlan M. Reese & Associates
9444 Waples Street # 405
San Diego, CA 92121


HSBC
P.O. Box 15524
Wilmington, DE 19850


Internal Revenue Service
880 Front Street
San Diego, CA 92101

Internal Revenue Services
Compliance Services Collection
Operation
Philadelphia, PA 19255


John Peptelecan
441 W. Pebble Beach Avenue
La Habra, CA 90631


Laguna Beach Water Dist
306 Third Street
Laguna Beach, CA 92652


Law Enforcement Syst., Inc.
P.O. Box 1348
Long Island City, NY 11101


Law Offices of James A. Flanagan
400 Oceangate #700
Long Beach, CA 90802


Makenna Kali & Associa
6655 E 22nd St
Tucson, AZ 85710


Mann Bracken LLC
2325 Clayton Road
Concord, CA 94520


North Justice Center
1275 North Berkeley Avenue
Fullerton, CA 92832-1258

OCWEN Loan Servicing
P.O. Box 785053
Orlando, FL 32878-5053


Orange County Recorder
333 W. Santa Ana Blvd
Santa Ana, CA 92701


Real Time Resolutions
1750 Regal Row
Dallas, TX 75235


Real Time Resolutions
1750 Regal Row
Dallas, TX 75235


Riverside County Recorder
4080 Lemon St., 1st Floor
Riverside, CA 92502


RJM Acquisitions
POB 18006
Hauppauge, NY 11788-8806


Santa Ana Superior Court
700 Civic Center Dr W # 30
Santa Ana, CA 92701-4045


So Calif Edison Compan
2131 Walnut Grove Ave
Rosemead, CA 91770

Sovereign Bank
865 Brook St
Rocky Hill, CT 06067


State Board of Equalization
POB 942879
Sacramento, CA 94279


State Board of Equalization
POB 942879
Sacramento, CA 94279


Tek Collect
Pob 26390
Columbus, OH 43226


Tek Collect
Pob 26390
Columbus, OH 43226


Universal Credit Corp
7670 Opportunity Rd Ste
San Diego, CA 92111


Van Ru Credit Corp
11745 W Bradley Rd
Milwaukee, WI 53224-2531


Verizon California Inc
Bankruptcy Administration
404 Brock Dr
Bloomington, IL 61701

```
Verizon Wireless
15900 Se Eastgate Way
Bellevue, WA 98008


Wells Fargo
P.O. Box 30427
Los Angeles, CA 90030


Wells Fargo
P.O. Box 30427
Los Angeles, CA 90030


Wells Fargo
P.O. Box 30427
Los Angeles, CA 90030


Wells Fargo
P.O. Box 30427
Los Angeles, CA 90030


Wells Fargo
P.O. Box 30427
Los Angeles, CA 90030


Wells Fargo Bank
7000 Vista Drive
West Des Moines, IA 50266


Wells Fargo Bank
7000 Vista Drive
West Des Moines, IA 50266
```

Wells Fargo Bank
7000 Vista Drive
West Des Moines, IA 50266

Wells Fargo Bank
7000 Vista Drive
West Des Moines, IA 50266

Wells Fargo Bank
7000 Vista Drive
West Des Moines, IA 50266

Wells Fargo Bank
7000 Vista Drive
West Des Moines, IA 50266

Wells Fargo Bank
7000 Vista Drive
West Des Moines, IA 50266

Wells Fargo Bank
7000 Vista Drive
West Des Moines, IA 50266

Wells Fargo Card Ser
Po Box 5058
Portland, OR 97208